IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JEAN CLEVELAND and WILLIE      )
CLEVELAND,                     )
                               )
           Plaintiffs,         )      8:13CV49
                               )
     v.                        )
                               )
NATIONAL RAILROAD PASSENGER    )      ORDER
CORPORATION, individually and  )
d/b/a AMTRAK, BNSF RAILWAY     )
COMPANY, GERALD SHETLER,       )
d/b/a G&S RECYCLING, RICHARD   )
LAPP, d/b/a SLICK SPOT FARM &  )
TRUCK, and W-L ENTERPRISES,    )
L.L.C.                         )
                               )
           Defendants.         )
_____)
```

This matter is before the Court on the stipulation to substitute counsel for defendant W-L Enterprises, L.L.C. (Filing No. 28).  The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the stipulation is approved and adopted.  Jeanelle R. Lust and the law firm of Knudsen, Berkheimer, Richardson & Endacott, LLP, are substituted as attorneys of record for W-L Enterprises, L.L.C., and Kaufman Borgeest & Ryan LLP, are deemed withdrawn as counsel and shall be removed from the CM/ECF notification list.

DATED this 28th day of February, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court