IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN CLEVELAND and WILLIE CLEVELAND, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV49 |
| v. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, individually and d/b/a AMTRAK, BNSF RAILWAY COMPANY, GERALD SHETLER, d/b/a G&S RECYCLING, RICHARD LAPP, d/b/a SLICK SPOT FARM & TRUCK, and W-L ENTERPRISES, L.L.C. | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the motion of Jeanelle R. Lust and the law firm of Knudsen, Berkheimer, Richardson & Endacott, LLP, for leave to withdraw as counsel for W-L Enterprises, L.L.C. (Filing No. 37).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion is granted.  Jeanelle R. Lust and the law firm of Knudsen, Berkheimer, Richardson & Endacott, LLP, are deemed withdrawn as counsel for W-L Enterprises, L.L.C. and shall be removed from the CM/ECF notification list.

DATED this 26th day of June, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court