IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
JEAN CLEVELAND and WILLIE    )
CLEVELAND,                   )
                             )
            Plaintiffs,      )         8:13CV49
                             )
      v.                     )
                             )
NATIONAL RAILROAD PASSENGER  )         ORDER
CORPORATION, individually and)
d/b/a AMTRAK, BNSF RAILWAY   )
COMPANY, GERALD SHETLER,     )
d/b/a G&S RECYCLING, RICHARD )
LAPP, d/b/a SLICK SPOT FARM &)
TRUCK, and W-L ENTERPRISES,  )
L.L.C.                       )
                             )
            Defendants.      )
_____)
```

On the advice of counsel that this matter may be settled,

IT IS ORDERED that the parties shall file a joint report on or before July 25, 2013, as to the status of the settlement, if there is one.

DATED this 1st day of July, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court