IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEAN CLEVELAND and WILLIE CLEVELAND, | ) ) ) | |
| Plaintiffs, | ) ) | 8:13CV49 |
| v. | ) ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, individually and d/b/a AMTRAK, BNSF RAILWAY COMPANY, GERALD SHETLER, d/b/a G&S RECYCLING, RICHARD LAPP, d/b/a SLICK SPOT FARM & TRUCK, and W-L ENTERPRISES, L.L.C. | ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 41). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. This action is dismissed with prejudice, each party to pay their own costs.

DATED this 20th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court